**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 06-1262**

_____

OZO OBADIAH NWABUOKU,

Petitioner,

versus

ALBERTO R. GONZALES, Attorney General,

Respondent.

_____

On Petition for Review of an Order of the Board of Immigration Appeals. (A70-310-741)

_____

Submitted: August 9, 2006        Decided: August 23, 2006

_____

Before WILKINSON, MICHAEL, and DUNCAN, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Ozo Obadiah Nwabuoku, Petitioner Pro Se. Daniel Eric Goldman, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ozo Obadiah Nwabuoku, a native and citizen of Nigeria, petitions for review of an order of the Board of Immigration Appeals ("Board") denying his motion to reopen immigration proceedings. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying Nwabuoku's motion to reopen as untimely. See 8 U.S.C.A. § 1229a(c)(7)(C)(i) (West 2005 & Supp. 2006); 8 C.F.R. § 1003.2(a) (2006). Accordingly, we deny the petition for review for the reasons stated by the Board. See In re: Nwabuoku, No. A70-310-741 (B.I.A. Feb. 14, 2006). We also deny Nwabuoku's pending motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED